IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER M. NOVAK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:12-cv-00548 |
| CELLTEX THERAPEUTICS CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion to Approve Settlement and Dismiss With Prejudice. The Court has reviewed the confidential settlement agreement. The Court finds that there is a genuine dispute over the amount of the claims asserted in this matter.

The Court approves the proposed settlement as a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act.

IT IS FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE and all parties shall bear their own costs.

This case is CLOSED.

Signed this ___ day of _____, 2012.

_____
United States District Judge